CLOSED, EAPN

## U.S. District Court
## United States District Court for the Western District of Missouri (Kansas City)
## CIVIL DOCKET FOR CASE #: 4:07-cv-00575-GAF

Kane v. Davol, Inc. et al
Assigned to: District Judge Gary A. Fenner
Demand: $5,000,000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 08/10/2007
Date Terminated: 10/02/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Wallis Kane**
*on behalf of herself and all others similarly situated*

represented by

**Derek H. Potts**
Potts Law Firm, LLC
715 May Street
Suite 100
Kansas City, MO 64105
(816) 931-2230
Fax: (816) 931-7030
Email: dpotts@potts-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Kuntz**
Wagstaff & Cartmell, LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax: (816) 531-2372
Email: jkuntz@wcllp.com
*LEAD ATTORNEY*
*ATTORNEY*

*TO BE NOTICED*

**Thomas P. Cartmell**
Wagstaff & Cartmell, LLp
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816)701-1100
Fax: (816)531-2372
Email: tcartmell@wcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Joseph Preuss**
Wagstaff & Cartmell
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816) 701-1168
Fax: (816) 531-2372
Email: tjpreuss@wcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy L. Sifers**
The Potts Law Firm, LLC
715 May Street
Suite 100
Kansas City, MO 64105
(816) 931-2230
Fax: (816) 931-7030
Email: tsifers@potts-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Kara T Stubbs**
Baker, Sterchi, Cowden & Rice LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108
(816)471-2121
Fax: (816)472-0288
Email: stubbs@bscr-law.com
*LEAD ATTORNEY*

**Defendant**

**C.R. Bard, Inc.** represented by **Kara T Stubbs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2007 | 1 | COMPLAINT against all defendants (Filing fee $350 receipt number 1583206) Service due by 12/14/2007. filed by Jeffrey M. Kuntz on behalf of Wallis Kane. (Attachments: # 1 Civil Cover Sheet)(Kuntz, Jeffrey) (Entered: 08/13/2007) |
| 08/13/2007 | | SUMMONS ISSUED as to Davol, Inc., C.R. Bard, Inc. (Baldwin, Joella) (Entered: 08/13/2007) |
| 08/14/2007 | 2 | Notice of EAP Neutral (Attachments: # 1 EAP General Order) (Baldwin, Joella) (Entered: 08/14/2007) |
| 08/21/2007 | 3 | ORDER TRANSFERRING CASE. With the consent of the Honorable Gary A. Fenner, this case is hereby transferred to Judge Fenner for all further proceedings. Signed by Judge Fernando J. Gaitan Jr. on August 21, 2007. **Please note the new case number: 07-00575-CV-W-GAF.**(Jones, Robin) (Entered: 08/21/2007) |

| | | |
|---|---|---|
| 08/27/2007 | | SUMMONS REISSUED as to C.R. Bard, Inc. (McDowell, Shelly) (Entered: 08/27/2007) |
| 08/29/2007 | 4 | RETURN OF SERVICE of complaint executed by Wallis Kane. Davol, Inc. served on 8/20/2007, answer due 9/10/2007. (Kuntz, Jeffrey) (Entered: 08/29/2007) |
| 09/10/2007 | 5 | ANSWER to Complaint with Jury Demand filed by Kara T Stubbs on behalf of Defendants Davol, Inc., C.R. Bard, Inc..(Stubbs, Kara) (Entered: 09/10/2007) |
| 09/11/2007 | 6 | Rule 16 Noticeproposed scheduling order due by 10/26/2007,, rule 26 conference due by 10/16/2007, Signed by Judge Gary A. Fenner on 9/11/07. (Mitchell, Lisa) (Entered: 09/11/2007) |
| 09/18/2007 | 7 | Return of Service unexecuted by Wallis Kane as to C.R. Bard, Inc.. (Kuntz, Jeffrey) (Entered: 09/18/2007) |
| 09/18/2007 | 8 | RETURN OF SERVICE of complaint executed by Wallis Kane. C.R. Bard, Inc. served on 9/7/2007, answer due 9/27/2007. (Kuntz, Jeffrey) (Entered: 09/18/2007) |
| 09/20/2007 | 9 | DISCLOSURE OF CORPORATE INTERESTS filed by Kara T Stubbs on behalf of Defendants Davol, Inc., C.R. Bard, Inc..(Stubbs, Kara) (Entered: 09/20/2007) |
| 10/01/2007 | 10 | CONDITIONAL TRANSFER ORDER from Jeffery N. Luthi, Clerk of the Panel transferring case to the MDL panel, Docket #1842, District of Rhode Island. (Kee, Georgia) (Entered: 10/02/2007) |
| 10/02/2007 | | ***Remark: Certified copy of the docket sheet and documents in the above listed case file were electronically transferred to the District of Rhode Island. (Kee, Georgia) (Entered: 10/02/2007) |

## PACER Service Center

### Transaction Receipt

10/03/2007 13:41:47

| | | | |
|---|---|---|---|
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:07-cv-00575-GAF |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |